Gary Lane, Esq. SBN: 050960
CONSUMER PROTECTION
LEGAL SERVICES, INC.
2911 South Bristol Street
Santa Ana, CA 92704-6205
Telephone: (714) 442-2421
Facsimile: (714) 995-6655

Attorney for Plaintiffs
SANDRA CEBALLOS and DANTE CEBALLOS

JS-6

FILED
CLERK, U.S. DISTRICT COURT

FEB 25 2010

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| SANDRA CEBALLOS and DANTE CEBALLOS,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA MORTGAGE CORPORATION, as Successor to WORLD SAVINGS BANK; NDEX WEST, LLC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: SACV09 – 1281 JVS (ANx)<br><br>OCSC Case No.: 30-2009-00302979<br><br>Honorable Judge James V. Selna<br><br>PROPOSED ORDER OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE |

**PROPOSED ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the request of Plaintiffs, SANDRA CEBALLOS and DANTE CEBALLOS, in this action, it is hereby ORDERED that the entire action is dismissed without prejudice. Each party shall bear its own costs and fees.

Dated: February 25, 2010

_James V. Selna_
Honorable James V. Selna
United States District Judge

PROPOSED ORDER